IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH D. CRONIN,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **THOMAS G. OAKES, II, and**<br>**ECKERT, SEAMANS, CHERIN &**<br>**MELLOTT, LLC,**<br>　　　　　**Defendants.** | **NO. 14-2412** |

## O R D E R

**AND NOW**, this 29th day of December, 2014, upon consideration of Defendants' Motion to Dismiss the Complaint (Document No. 3, filed May 5, 2014), the Court noting that plaintiff has failed to respond to the Motion notwithstanding the Court's grant of additional time to do so,[1] for the reasons stated in the accompanying memorandum dated December 29, 2014, **IT IS ORDERED** as follows:

1. Defendants' Motion to Dismiss the Complaint is **GRANTED** and plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

2. The Clerk shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.

---

[1] By Order dated August 25, 2014, the Court instructed plaintiff to file and serve a response to defendants' Motion to Dismiss by September 15, 2014, and provided in the Order that in the event plaintiff failed to respond or request additional time for doing so on or before that date, the Court would decide the Motion to Dismiss on the then present state of the record. Notwithstanding that Order, plaintiff failed to respond.